# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE B. A. M.,[1] | Case No. CV 24-0217 JLS (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Commissioner is AFFIRMED, and this action is dismissed with prejudice.

DATED: March 27, 2025

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudek, Acting Commissioner of Social Security, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).